**Kevin POLLINS, Plaintiff–Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner, Social Security Administration, Defendant–Appellee.**

**No. 15–2903.**

United States Court of Appeals,
Eighth Circuit.

Submitted: March 24, 2016.

Filed: March 30, 2016.

Kevin Pollins, Okolana, AR, pro se.

Pamela Das Koehler, Special, Assistant U.S. Attorney, Michael McGaughran, Social Security Administration Office of General Counsel Region VI, Dallas, TX, for Defendant–Appellee.

Before LOKEN, BYE, and KELLY, Circuit Judges.

**PER CURIAM.**

Kevin Pollins appeals following the district court's [1] dismissal, for failure to prosecute and to comply with a court order, of his appeal from the denial of supplemental security income. We conclude that the district court did not abuse its discretion in dismissing Pollins's case without prejudice. *See Rodgers v. Curators of Univ. of Mo.,* 135 F.3d 1216, 1219 (8th Cir.1998) (standard of review); *Schooley v. Kennedy,* 712 F.2d 372, 374 (8th Cir.1983) (per curiam) (dismissal without prejudice mitigates against finding that court abused its discretion). The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

1. The Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).